UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        v.                                    ORDER
                                              08-CR-214

AMANDA GOSS,
                Defendant.

---

      This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1). On November 3, 2010, defendant filed a motion to suppress. On September 20, 2011, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to suppress physical evidence be denied.

      Defendant filed objections to the Report and Recommendation on November 10, 2011 and the government filed a response thereto. Oral argument on the objections was held on December 14, 2011.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made. Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to suppress physical evidence is denied.

The case is referred back to Magistrate Judge Scott for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: December 22, 2011